WESTCHESTER COUNTY

**Kenneth W. Jenkins**
**County Executive**

Office of the County Attorney

John M. Nonna
County Attorney

September 16, 2025

**VIA CM/ECF**

Hon. Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

**Re: Parties' Joint Status Update**
*Diaz v. County of Westchester*, No. 26-CV-5502 (KMK) (S.D.N.Y.)

Your Honor:

Defendants County of Westchester ("Defendant County") and Paul Chenard, named in both his official and individual capacities ("Defendant Chenard") (collectively, "Defendants")—together with the approval and consent of plaintiff Karla Diaz ("Plaintiff")—hereby provide the following update in accordance with the Court's direction of September 9, 2026:[1]

- Service: Defendants waived service on Monday, September 14, 2026.
- Defendants' Time to Answer: Defendants time to answer or otherwise respond expires Friday, November 13, 2026. *See* Fed. R. Civ. P. 4(d)(3).
- Pending D&I Demands: On June 29, 2026—when this matter was first removed to federal court—Defendants served:

  (i) Defendant County's vendor, White Plains Bus Company Inc. d/b/a Suburban Paratransit Service, Inc. ("Suburban");

  (ii) Suburban's affiliate/Plaintiff's former employer WeDriveU ("WDU"); and

  (iii) Suburban & WDU's shared commercial general liability insurance carrier, ACE American Insurance Company ("ACE")

  with demands for defense and indemnification (the "Demands") in accordance with Defendant County and Suburban's contract for paratransit services (the "Contract").

  Yesterday, Defendants spoke with WDU's general counsel and received confirmation that a Demand response is expected on or before Wednesday, September 30, 2026.

[1] *N.b.*, the Court directed the parties to submit a letter by September 15, 2026. *See* Minute Entry of 09/08/2026 (No Document). Unfortunately, Plaintiff's counsel suffered a loss on Sunday and was unavailable to discuss the matter with Defendants' counsel until today.

Michaelian Office Building
148 Martine Avenue, 6th Floor
White Plains, New York 10601 Telephone: 914-995-2660 Fax: 914- 995-3132

- Potential Third-Party Practice: In the event Suburban, WDU, and/or ACE deny Defendants' Demands, Defendants may need to implead one or more of the aforementioned entities. *See* Fed. R. Civ. P. 14(a)(1) (allowing a defending party to implead a third-party defendant without leave of court within 14 days of answering).

- Scheduling Order: Given that Defendants have not yet answered—and given that additional parties may need to be impleaded—the parties hereby request that the Court delay issuing a scheduling order until after Defendants have answered Plaintiff's complaint. *See* Fed. R. Civ. P. 16(b)(2).

Respectfully submitted,

**JOHN M. NONNA**
Westchester County Attorney
*Counsel for Defendants*

By: ______________________________
Sean T. Carey
Associate County Attorney, of Counsel
148 Martine Avenue, Room 600
White Plains, NY 10601
(914) 995-2243
stca@westchestercountyny.gov

CC: Plaintiff (*via CM/ECF*)